# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY D. JOHNSON,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 75630

**FILED**

MAR 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-11060

cc: Hon. Tierra Danielle Jones, District Judge
Mario D. Valencia
Attorney General/Carson City
Clark County District Attorney
Anthony D. Johnson
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A